(V. D. 89)

BLUEFRIES NEW YORK, INC., ET AL. v. UNITED STATES

Entry No. 814247, etc.

(Decided October 30, 1958)

*Michael Stramiello, Jr.,* for the plaintiffs.
*George Cochran Doub,* Assistant Attorney General, for the defendant.

WILSON, Judge: These matters are presently before me on remands from classification proceedings decided by the first division of this court in *Bluefries New York, Inc., et al.* v. *United States,* 40 Cust.

Ct. 553, Abstract 61934, *Bluefries New York, Inc.* v. *United States*, 40 Cust. Ct. 515, Abstract 61804, and in *Bluefries New York, Inc.* v. *United States*, 39 Cust. Ct. 79, C. D. 1909. The judgment entered therein in each case stated: "* * * that the matter be remanded to a single judge in reappraisement pursuant to the provisions of Title 28 U. S. C. § 2636 (d)."

The matters have been submitted for decision upon an agreed statement of facts entered into by and between counsel for the respective parties hereto. Upon the agreed facts, I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930 (19 U. S. C. § 1402 (d)), to be the proper basis for determining the values of the items marked "A" on the invoices herein, and that such value was United States $5.50 per gallon, less 2 per centum, and less packing, freight, duty, delivery charges, and customs entry charges, in each case.

I further find such values to be the dutiable values of said merchandise.

Insofar as these matters relate to all other merchandise, they are hereby dismissed.

Judgment will be entered accordingly.